UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff         )
                            )   CRIMINAL NO. 07mj2571
     vs.                    )
                            )         ORDER
                            )
                            )   RELEASING MATERIAL WITNESS
OSCAR GARCIA -              )
          Defendant(s) MORALES )   Booking No.
                            )

On order of the United States District/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eleuterio Salinas-Morales

DATED: 11/15/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                     OR
              DUSM

                                W. SAMUEL HAMRICK, JR. Clerk
                                     by
                                        Deputy Clerk

CLERK'S OFFICE COPY                 ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95