
FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 07CR 3082-JAH |
| Plaintiff,  ) | **I N F O R M A T I O N** |
| v.  ) | Title 8, U.S.C., |
| OSCAR GARCIA-MORALES,  ) | Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendant.  ) | |

The United States Attorney charges:

On or about October 29, 2007, within the Southern District of California, defendant OSCAR GARCIA-MORALES, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Eleuterio Salinas-Morales, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 11/15/07 .

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/2/07